## FERNÁNDEZ v. MOJICA.

### Apelación procedente de la Corte de Distrito de

### San Juan.

No. 4.  Resuelto en Junio 7, 1905.

APELACIÓN.—JURISDICCIÓN.—El Tribunal Supremo carece de jurisdicción para conocer y resolver una apelación interpuesta contra sentencia de la Corte de Distrito, dictada en apelación procedente de la Corte Municipal, en los casos en que la cuantía de la sentencia no excediere de trescientos dollars, aún cuando tal apelación haya sido interpuesta en época en que el Tribunal Supremo tenía jurisdicción para conocer de tales casos en apelación.

Los hechos están expresados en la opinión.

Abogados del apelante: *Sres. Acuña y Méndez.*

Abogados del apelado: *Sres. Coll Cuchi y Antonsanti.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del Tribunal.

Guillermo Fernández entabló pleito en la Corte Municipal de Carolina contra Eusebio Mojica por la suma de quinientos dollars. La Corte Municipal dió senten-cia á favor del demandado, de cuyo fallo el demandante apeló á la Corte de Distrito de San Juan, dictando ésta última sentencia á favor del demandante en 28 de Diciembre de 1904 por la suma de doscientos cincuenta dollars, de cuya sentencia el demandado apeló á esta Corte. El caso se presentó para su decisión sin argumentación alguna el 19 de Abril, 1905. Por cuanto la cantidad que fija la sentencia de la Corte de Distrito es menor de trescientos dollars y dicho pleito fué oído en apelación en aquella Corte, la ley de Marzo 9, 1905, nos quita la jurisdicción, debiendo desestimarse la apelación, de acuerdo con la opinión y sentencia dictadas en el pleito de La Compañía Americana de Ferrocarriles de Puerto Rico contra Francisco Hernández, resuelto en 2 de Junio, 1905.

*Desestimada.*

Jueces concurrentes: Sres. Presidente Quiñones, y Asociados, Hernández, Figueras y MacLeary.